IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALTYNAI ASHYRAPOVA, in her own capacity and on behalf of her minor son, SAIAN ISKENDEROV, | § § § § | |
| *Petitioner*, | § § | |
| V. | § § | CIVIL ACTION NO. SA-26-CV-00214-FB |
| TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, in his official capacity as Acting Executive Associate Director, Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; ALEJANDRO N. MAYORKAS, Secretary, U.S. Department of Homeland Security; PAM BONDI, in her official capacity as Attorney General of the United States; and THE WARDEN OF THE FACILITY WHERE PETITIONER IS CURRENTLY DETAINED, in his or her official capacity as custodian of Petitioners, | § § § § § § § § § § § § § § | |
| *Respondents*. | § § | |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

Before the Court is the Motion for Admission *Pro Hac Vice* (docket no. 3) filed by attorney Diana Rubin (sometimes, "the attorney") seeking authorization to appear in this case *pro hac vice* on behalf of Petitioner. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that the Motion for Admission *Pro Hac Vice* (docket no. 3) is GRANTED such that attorney Diana Rubin may appear on behalf of Petitioner in this case.

IT IS FURTHER ORDERED that, if the attorney has not done so, the attorney shall immediately tender the amount of $100.00 made payable to: Clerk, U.S. District Court, in compliance with Local Court Rule AT-l(f)(2).

IT IS FINALLY ORDERED that, if the attorney has not done so, pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center.

It is so ORDERED.

SIGNED this 21st day of January, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE